Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−33573−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jennifer L Ching                              Oscar M Ching
39 saxton drive                               39 saxton drive
Hackettstown, NJ 07840                        Hackettstown, NJ 07840

Social Security No.:
   xxx−xx−7740                                xxx−xx−1372

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 12, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 12, 2017
JAN: bwj

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-33573-CMG
Jennifer L Ching                                                    Chapter 13
Oscar M Ching
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 12, 2017
                              Form ID: 148             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2017.
```
db/jdb         +Jennifer L Ching,    Oscar M Ching,    39 saxton drive,    Hackettstown, NJ 07840-1742
516543130      +Amanda Ching,    111 Mansfield Villages,    Hackettstown, NJ 07840-3602
516543132      +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516543138      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516543141       First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516543142       Fst Premier,    601 S Minneaoplis Ave,    Sioux Falls, SD 57104
516568197       Home Owners Association,    P.O. Box 879,    Newark, NJ 07101-0879
516634611       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516543146      +Rushmore Loan Mgmt Ser,    15480 Laguna Canyon Rd S,    Irvine, CA 92618-2132
516574133      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516543158     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
516821618      +Wilmington Savings Fund Society, FSB, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 55004,    Irvine, CA 92619-5004
516807861       Wilmington Savings Fund Society, et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 12 2017 22:22:49      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 12 2017 22:22:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516543131      +EDI: AMEREXPR.COM Jun 12 2017 22:03:00      Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
516543133      +EDI: TSYS2.COM Jun 12 2017 22:03:00      Barclays Bank Delaware,    Po Box 8801,
                 Wilmington, DE 19899-8801
516543134      +EDI: CAPITALONE.COM Jun 12 2017 22:03:00      Capital One,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
516543135      +EDI: CAUT.COM Jun 12 2017 22:03:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516543136      +EDI: CHASE.COM Jun 12 2017 22:03:00      Chase Card,   Attn: Correspondence,   Po Box 15298,
                 Wilmington, DE 19850-5298
516543137      +EDI: CHASE.COM Jun 12 2017 22:03:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15278,   Wilmington, DE 19850-5278
516543139      +EDI: WFNNB.COM Jun 12 2017 22:03:00      Comenity Bank/Lane Bryant,    Po Box 182125,
                 Columbus, OH 43218-2125
516543140      +E-mail/Text: bankruptcy@diamondresorts.com Jun 12 2017 22:22:35      Diamond Resorts Fs,
                 10600 W Charleston Blvd,    Las Vegas, NV 89135-1260
516543143      +E-mail/Text: bankruptcy.notices@hdfsi.com Jun 12 2017 22:23:24      Harley Davidson Financial,
                 Attention: Bankruptcy,    Po Box 22048,   Carson City, NV 89721-2048
516543144      +EDI: HY11.COM Jun 12 2017 22:03:00      Hyundai Finc,   Attn: Bankruptcy,   Po Box 20809,
                 Fountain City, CA 92728-0809
516760729       EDI: CAUT.COM Jun 12 2017 22:03:00      JPMorgan Chase Bank, NA,
                 National Bankruptcy Department,    PO Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
516543145      +EDI: CBSKOHLS.COM Jun 12 2017 22:03:00      Kohls/Capital One,    Po Box 3120,
                 Milwaukee, WI 53201-3120
516543147      +EDI: RMSC.COM Jun 12 2017 22:03:00      Syncb/nations,   Synchrony Bank,   Po Box 965064,
                 Orlando, FL 32896-5064
516543148      +EDI: RMSC.COM Jun 12 2017 22:03:00      Synchrony Bank/ Old Navy,    Po Box 965064,
                 Orlando, FL 32896-5064
516543149      +EDI: RMSC.COM Jun 12 2017 22:03:00      Synchrony Bank/Amazon,    Po Box 965064,
                 Orlando, FL 32896-5064
516543150      +EDI: RMSC.COM Jun 12 2017 22:03:00      Synchrony Bank/Gap,    Po Box 965064,
                 Orlando, FL 32896-5064
516543151      +EDI: RMSC.COM Jun 12 2017 22:03:00      Synchrony Bank/HH Gregg,    Po Box 965060,
                 Orlando, FL 32896-5060
516543152      +EDI: RMSC.COM Jun 12 2017 22:03:00      Synchrony Bank/Lowes,    Po Box 965064,
                 Orlando, FL 32896-5064
516543153      +EDI: RMSC.COM Jun 12 2017 22:03:00      Synchrony Bank/PC Richard,    Po Box 965064,
                 Orlando, FL 32896-5064
516543154      +EDI: RMSC.COM Jun 12 2017 22:03:00      Synchrony Bank/PC Richards & Sons,    Po Box 965064,
                 Orlando, FL 32896-5064
516543155      +EDI: RMSC.COM Jun 12 2017 22:03:00      Synchrony Bank/Walmart,    Po Box 965064,
                 Orlando, FL 32896-5064
516543156       EDI: TFSR.COM Jun 12 2017 22:03:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 Po Box 8026,   Cedar Rapids, IA 52408
516543157      +EDI: WFFC.COM Jun 12 2017 22:03:00      Wells Fargo Bank,    Mac-F8235-02f,   Po Box 10438,
                 Des Moines, IA 50306-0438
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2017
                              Form ID: 148             Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516774357       +EDI: WFFC.COM Jun 12 2017 22:03:00      Wells Fargo Bank, N.A. Home Equity Group,
                 1 Home Campus  X2303-01A,   Des Moines, IA 50328-0001
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516543159*    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court:  Wfhm,    8480 Stagecoach Cir,   Frederick, MD 21701)
                                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Brian E Caine     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Joint Debtor Oscar M Ching kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              Jenee K. Ciccarelli    on behalf of Debtor Jennifer L Ching kciccarelli@cabanillaslaw.com,
               bankruptcy@cabanillaslaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 8
```