| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Albert Russo |
| CN 4853 |
| Trenton, NJ   08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |
| In re: |
| Jennifer L Ching |
| Oscar M Ching |

Order Filed on June 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-33573 / CMG

Hearing Date: June 7, 2017

Judge:  Christine M. Gravelle

## ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: June 12, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to resolve Trustee and/or creditor objection

**IT IS FURTHER ORDERED** that the Debtor(s) attorney be and is hereby allowed a fee of $3147.50 to be paid from funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:
Jennifer L Ching
Oscar M Ching
    Debtors

Case No. 16-33573-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 12, 2017
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
db/jdb        +Jennifer L Ching,    Oscar M Ching,    39 saxton drive,    Hackettstown, NJ 07840-1742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
           Albert    Russo     docs@russotrustee.com
           Brian E Caine     on behalf of Creditor     Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust     bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
           Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation     dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Jenee K. Ciccarelli     on behalf of Joint Debtor Oscar M Ching kciccarelli@cabanillaslaw.com,    bankruptcy@cabanillaslaw.com
           Jenee K. Ciccarelli     on behalf of Debtor Jennifer L Ching kciccarelli@cabanillaslaw.com,    bankruptcy@cabanillaslaw.com
           U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
           William M.E. Powers     on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
           William M.E. Powers, III     on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                  TOTAL: 8